HARVEY WILLIAM HUGUNIN

Full Name

_____
_____
_____
Complete Mailing Address    ~~NONE~~ P.O. BOX 3046
    H.W.H.    LITTLE ROCK, PULASKI COUNTY
Daytime Telephone Number    ARKANSAS, 72203
    NONE

Plaintiff

**FILED**
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 2 2023

TAMMY H. DOWNS, CLERK
By:_____
                    DEP CLERK

## IN THE UNITED STATES DISTRICT COURT
### Eastern
### FOR THE DISTRICT OF Arkansas

|  |  |
|---|---|
| HARVEY WILLIAM HUGUNIN | |
| _____, | Case No. 4:23-cv-772-KGB |
| *(full name)* | _____ |
| Plaintiff, | *(to be assigned by the Court)* |
| | |
| v. | **IN FORMA PAUPERIS APPLICATION** |
| | *(nonprisoner)* |
| DUKE ENERGY INC._____, | |
| _____, | |
| _____, | |
| Defendant(s). | |

I request that the Court allow me to proceed in forma pauperis in this action because I am unable to pay the filing fee at the time of filing as a result of my poverty. I swear or affirm, under penalty of perjury, that the following information is true and correct to the best of my knowledge.

In Forma Pauperis Application (nonprisoner) - 1

# AFFIDAVIT

1. For both you and your spouse, estimate the average amount of money received from each of the following sources during the past 12 months. *(Adjust any amount that was received weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate. Use gross amounts, that is, amounts before any deductions for taxes or otherwise.)*

| Income source | Average monthly amount during the past 12 months | | Amount expected next month | |
|---|---|---|---|---|
| | You | Spouse | You | Spouse |
| Employment | $ NONE | $ UNKNOWN | $ NONE | $ UNKNOWN |
| Self-employment | $ NONE | $ | $ NONE | $ |
| Income from real property (such as rental income) | $ NONE | $ | $ NONE | $ |
| Interest and dividends | $ NONE | $ | $ NONE | $ |
| Gifts | $ 160.00 | $ | $ NONE | $ |
| Alimony | $ NONE | $ | $ NONE | $ |
| Child support | $ NONE | $ | $ NONE | $ |
| Retirement (such as social security, pensions, annuities, insurance) | $ 1,378.00 | $ | $ 1,378.00 | $ |
| Disability (such as social security, insurance payments) | $ NONE | $ H.W.H. | $ NONE | $ H.W.H. |
| Unemployment payments | $ NONE | $ | $ NONE | $ |
| Public-assistance (such as welfare) | $ NONE | $ | $ NONE | $ |
| Other (specify): NONE | $ NONE | $ | $ NONE | $ |
| | $ NONE | $ | $ NONE | $ |
| Total monthly income: | | | | |

2. List your employment history, most recent employer first.

| Employer | Address | Dates of Employment | Gross monthly pay |
|---|---|---|---|
| THE TRAVELERS INSURANCE CO. | UNKNOWN | APPROXIMATELY 1996 | COMMISSION PAY ONLY |
| NEW HORIZONS COMPUTER LEARNING CENTER | H.W.K. CLEVELAND, OHIO | APPROXIMATELY 1995 | $1600.00 PER MONTH |

In Forma Pauperis Application (nonprisoner) - 2

3. List your spouse's employment history, most recent employer first.

| Employer | Address | Dates of Employment | Gross monthly pay | |
|---|---|---|---|---|
| UNKNOWN | | | | → H.W.H. |
| UNKNOWN | | | | H.W.H. |

H.W.H.

4. How much cash do you ~~and your spouse~~ have? $ 126.00 .
Below, state any money you ~~and your spouse have~~ in bank accounts or other financial
institution.    HAVE
H.W.H.

| Financial institution | Type of account | Amount you have | Amount your spouse has |
|---|---|---|---|
| BANK OF AMERICA | CHECKING | $ 1,000.00 | $ UNKNOWN |
| | | $ | $ |
| | | $ | $ |

H.W.H.

5. List the assets (with values) that you own ~~or your spouse owns~~: *(Do not list clothing and
ordinary household furnishings.)*

| Home ( Address and Value) | Other real estate (Address and Value) | Motor vehicle #1 (Value) |
|---|---|---|
| NONE | NONE | Make: NONE |
| NONE | NONE | Year: NONE |
| NONE | NONE | Model: NONE |

| Motor vehicle #2 (Value) | Other assets (item and value) | Other assets (item and value) |
|---|---|---|
| Make: NONE | NONE | NONE |
| Year: | | |
| Model: H.W.H. | NONE | NONE |

H.W.H.

6. Does anyone owe you ~~or your spouse~~ money? State the person's name and the
amount owed.    IT IS NOT POSSIBLE IN THAT I WAS ORPHANED
AT BIRTH OR SHORTLY THERE AFTER BIRTH TO DETERMINE THE AMOUNT OF
MONEY OWED TO ME.

In Forma Pauperis Application (nonprisoner) - 3

7.  On the chart below, estimate the average monthly expenses of you and your family. Show separately the amounts paid by your spouse. Adjust any payments that are made weekly, biweekly, quarterly, semiannually, or annually to show the monthly rate.

|  | You | Your Spouse |
|---|---|---|
| Rent or home-mortgage payment (include lot rented for mobile home) | $ NONE | $ H.W.H. |
| Utilities (electricity, heating fuel, water, sewer, and telephone) | $ NONE | $ |
| Home maintenance (repairs and upkeep) | $ NONE | $ |
| Food (PER MONTH) | $ 550.00 | $ |
| Clothing | $ 20.00 | $ |
| Laundry and dry-cleaning | $ 16.00 | $ |
| Medical and dental expenses | $ NONE | $ |
| Transportation (not including motor vehicle payments) (MONTHLY) H.W.H. | $ 18.00 | $ |
| Recreation, entertainment, newspapers, magazines, etc. | $ NONE | $ |
| Insurance (not deducted from wages or included in Mortgage payments) | $ NONE | $ |
| Homeowner's or renter's | $ | $ |
| Life | $ | $ |
| Health | $ | $ |
| Motor Vehicle | $ | $ |
| Other: | $ H.W.H. | $ UNKNOWN H.W.H. |
| Taxes (not deducted from wages or included in Mortgage payments) (specify):_____ | $ NONE | $ |
| Car payment (creditor)_____ | $ NONE | $ |
| Credit card (name):_____ | $ NONE | $ |
| Credit card (name):_____ | $ NONE | $ |
| Department store (name):_____ | $ NONE | $ |
| Other:_____ | $ NONE | $ |
| Alimony, maintenance, and support paid to others | $ NONE | $ |
| Regular expenses for operation of business, profession, or farm (attach detailed statement) (ART PRODUCTION/FRANCHISING) H.W.H | $ 20.00 | $ |
| Other (specify): NONE ————— H.W.H. | $ | $ |
| Total monthly expenses:$ 624.00 | | $ H.W.H. |

In Forma Pauperis Application (nonprisoner) - 4

8. State the persons who rely on you or your spouse for support.

| Name | Relationship | Age |
|------|-------------|-----|
| NONE | | | H.W.H. |
| NONE | | | H.W.H. |
| NONE | | | H.W.H. |

9. Do you expect any major changes to your monthly income or expenses or in your assets or liabilities during the next 12 months?    Yes    (No)    *(circle one)*

If yes, describe: _____

_____

10. Have you paid, or will you be paying, an attorney, paralegal, document preparation service, or anyone else any money for services in connection with this case, including the completion of this form? Yes (No) *(circle one)* If yes, how much? $_____

If yes, state the attorney's or person's name, address, and telephone number:

_____

_____

_____

11. Provide any other information that will help explain why you cannot pay the filing fee. If you live with someone who is not your spouse, explain how much they contribute.

I HAVE BEEN TRAVELING SEEKING TO PURCHASE A HOME AND START A BUSINESS WHERE I FEEL WELCOME AND HAVE YET TO RECEIVE JUSTICE IN THE U.S.A. SO I MAY PURCHASE A SAFE HOME AWAY FROM THE CRIMINALS SINCE MY BIRTH.

12. Age: 70    Years of schooling: 16

I swear or affirm under penalty of perjury that, because of my poverty, I cannot prepay the filing fee in my case. I believe I am entitled to redress for the reasons set forth in my complaint. I swear or affirm under penalty of perjury under the laws of the United States of America that my answers on this form are true and correct. (*See* 28 U.S.C. § 1746 and 18 U.S.C. § 1621.)

Executed this 21 day of _____AUGUST_____, 20 23.

_____
Plaintiff

In Forma Pauperis Application (nonprisoner) - 5