IN THE UNITED STATES DISTRICT COURT
EASTERN DIVISION OF ARKANSAS
CENTRAL DIVISION

**HARVEY WILLIAM HUGUNIN**                                                                 **PLAINTIFF**

V.                                            No. 4:23-CV-00772-BRW

**DUKE ENERGY, INC.**                                                                       **DEFENDANT**

**ORDER**

A district court has the authority to dismiss a case *sua sponte* for failure to state a claim.[1] Plaintiff's Complaint is nonsensical, frivolous, and states no cause of action against Defendant for which relief may be granted. Accordingly, this case is DISMISSED. The motion to proceed *in forma pauperis* (Doc. No. 1) is DENIED.

Plaintiff recently filed numerous motions to proceed *in forma pauperis* along with frivolous complaints in the Eastern District of Arkansas. He has a history of doing this in other courts as well.[2] If Plaintiff continues this practice, I may direct the Clerk of the Court to stop accepting his filings.

IT IS SO ORDERED this 4th day of October, 2023.

Billy Roy Wilson
UNITED STATES DISTRICT JUDGE

---

[1] See *Smith v. Boyd*, 945 F.2d 1041 (8th Cir. 1991).

[2] See *Hugunin v. Nye*, No. 1:20-CV-00053, 2020 WL 4043983, at *1 (E.D. Tenn. June 5, 2020) (noting that seven frivolous cases had been filed in the E.D. Tenn. and he is now a restricted filer); *Hugunin v. Idaho*, No. 1:19-CV-480-BLW, 2020 WL 1033568, at *1 (D. Idaho Mar. 3, 2020).